AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,

*Third-Party Plaintiff*

v.

FLAWLESS WALLS LLC, a Washington limited liability company, MICHAEL BRADLEY, an individual, JEREMY BOUCHEY, an individual, JAMIE GORE, an individual, PAUL CASSEL, an individual, KORTNEY CASSEL, an individual, DELMAR, LLC, a Washington limited liability company, JROTH, LLC, a Washington limited liability company, CASSEL UNLIMITED, LLC, a Washington limited liability company,

*Third-Party Defendants*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2024

SEAN F. McAVOY, CLERK

Civil Action No. 2:22-CV-00178-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Third-Party Plaintiff's Motion for Attorney's Fees and Cost (ECF No. 140) is GRANTED in part and DENIED in part. Third-Party Plaintiff is awarded $185,261 in fees and $30,112 in costs to be paid by Third-Party Defendants jointly and severally within thirty days of the Order filed at ECF No. 148. Judgment for Third-Party Plaintiff in the amount of $325,000 against Third-Party Defendants, jointly and severally. Third-Party Defendants are jointly and severally liable for $56,736.99 of pre-judgment interest pursuant to the Performance Bond, and post-judgment interest from the day the judgment is entered according to 28 U.S.C. § 1961 (4.37%).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice

Date: 11/29/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams